John J. McCLURE et al. v. UNITED STATES.

UNITED STATES ex rel. Joseph MAGGIO et al. v. Frederick C. SCHNEIDER, Marshal.

Nos. 5326–5384, 5193.

Circuit Court of Appeals, Third Circuit.

March 26, 1934.

See, also, 68 F.(2d) 50; 47 F. Supp. 668.

Nos. 5326–5384:

James Gay Gordon, Sr., and John R. K. Scott, both of Philadelphia, Pa., John B. Hannum, Jr., of Chester, Pa., Morgan Kaufman, of Scranton, Pa., John E. McDonough, of Chester, Pa., William T. Connor, of Philadelphia, Pa., William C. Alexander, of Media, Pa., Edward D. McLaughlin, of Chester, Pa., Adrian Bonnelly and Bryan A. Hermes, both of Philadelphia, Pa., Paul Lessy, of Chester, Pa., John J. Gilbride, Jr., of Philadelphia, Pa., and Donald H. Hamilton, of Chester, Pa., for appellants.

Chet A. Keyes, of Washington, D. C., and Michael J. Stoney, of Philadelphia, Pa., for appellee.

No. 5193:

Ernest Glickman and Sidney Byer, both of Trenton, N. J., for appellants.

Before BUFFINGTON, WOOLLEY, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

Decisions recently rendered by the Supreme Court in United States v. Chambers & Gibson, 291 U. S. 217, 54 S. Ct. 434, 78 L. Ed. ——, 89 A. L. R. 1510, and Massey v. United States, 54 S. Ct. 532, 78 L. Ed. ——, directly rule these motions to reverse and discharge.

Accordingly it is, on this 26th day of March A. D. 1934, ordered that the judgments as entered in the causes of the petitioning or moving defendants be reversed, and the causes, as to them, be remanded to the District Courts, with direction to vacate those parts of their judgments which sentence the named defendants, to dismiss the indictments as to them, and to discharge them, respectively.